# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1537

_____

CRAIG B. NELSON, as Personal
Representative of the Estate of
Curtis H. Nelson, deceased,

    Appellant,

    v.

TROY H. REGISTER and DAVID
BREWER, as current Co-Trustees
of The Curtis H. Nelson
Irrevocable Trust; PATRICIA B.
STUART as a Former Co-Trustee
of The Curtis H. Nelson
Irrevocable Trust; ELIZABETH P.
WITT and GEORGE A. BUIE, III,
as Co-Personal Representatives
of the Estate of Genevieve
Nelson, deceased; and
PINEROOTS, LLC; GORDON
POWELL SUMMERS, JR. and LISA
SUMMERS CALDWELL, as
Successor Co-Trustees of the
Mattie P. Summers Number
One Trust Agreement and
Declaration of Trust dated July
29, 1994,

    Appellees.

_____

On appeal from the Circuit Court for Columbia County.

E. Bailey Browning, III, Judge.

October 10, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher M. Costello of Brannon, Brown, Haley & Bullock, P.A., Lake City, for Appellant.

Bruce W. Robinson and Jennifer C. Biewend of Robinson, Kennon & Kendron, P.A., Lake City; Leonard E. Ireland of Clayton-Johnston, P.A., Gainesville, for Appellees.